IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| CEDRIC JAMES | § | |
|---|---|---|
| VS. | § | CIVIL ACTION NO. 1:19cv186 |
| DIRECTOR, TDCJ-CID | § | |

## MEMORANDUM OPINION AND ORDER REGARDING VENUE

Petitioner Cedric James, proceeding *pro se*, filed this petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

## Discussion

Petitioner states that in 2018 he was convicted of a criminal offense in the 71st District Court of Harrison County, Texas. He was sentenced to 15 years of imprisonment.

Petitioner filed this petition for writ of habeas corpus in the district in which he was convicted. Pursuant to 28 U.S.C. § 2241(d), a petitioner may bring his petition for writ of habeas corpus in the district in which he was convicted or the district in which he is incarcerated.

As stated above, petitioner was convicted of a criminal offense in Harrison County, Texas. Pursuant to 28 U.S.C. § 124, Harrison County is located in the Eastern District of Texas. However, Harrison County is located in the Marshall Division, rather than the Beaumont Division of this court. As all records and witnesses involving this action may be located in the Marshall Division of this court, the transfer of this action to such division would further justice.

## ORDER

For the reasons set forth above, this case is **TRANSFERRED** to the Marshall Division of this court.

**SIGNED this the 29th day of April, 2019.**

_____
KEITH F. GIBLIN
UNITED STATES MAGISTRATE JUDGE